# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **88 PARTNERS, LLC,** | |
| **Plaintiff,** | **8:25CV15** |
| **vs.** | |
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** | **ORDER** |
| **Defendant.** | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 27) is granted and Nicole Seckman Jilek is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Nicole Seckman Jilek in this case.

Dated this 13th day of May, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge