# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **88 PARTNERS, LLC,** | |
| Plaintiff, | **8:25CV15** |
| vs. | |
| **NATIONWIDE MUTUAL INSURANCE COMPANY,** | **ORDER** |
| Defendant. | |

This matter is before the Court following a planning conference held by telephone with counsel for the parties on September 3, 2025. The parties have discussed the scheduling of mediation while the case progresses and requested that a deadline be set. Accordingly,

**IT IS ORDERED**:

1. The parties are to complete mediation prior to **January 30, 2026**.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. All case progression deadlines remain in effect.

Dated this 3rd day of September, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge